646

■

*William M. Evarts* and *Howard E. Thomas* for appellant.
*Gerald Fitz Gerald* and *Edward Conrad Clune* for respondents.

Orders affirmed, with one bill of costs to respondents; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE and FULD, JJ. Taking no part: THACHER, J.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JAMES FARNSWORTH, Appellant, against JOHN F. FOSTER, as Warden of Auburn State Prison, Respondent.

Argued October 4, 1948; decided October 14, 1948.

*James M. Ryan* for appellant.

*Nathaniel L. Goldstein, Attorney-General* (*William S. Elder, Jr., Wendell P. Brown* and *Herman N. Harcourt* of counsel), for respondent.

Order affirmed; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE and FULD, JJ. Taking no part: THACHER, J.

In the Matter of the Accounting of GEORGETTE G. V. FAHNESTOCK et al., as Executors, and of HARRIS FAHNESTOCK, JR., et al., as Trustees under the Will of HARRIS FAHNESTOCK, Deceased, Respondents. GEORGETTE G. V. FAHNESTOCK et al., Respondents; HARRIS FAHNESTOCK, JR., et al., Appellants.

Argued October 4, 1948; decided October 14, 1948.